# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Equoyia Smith<br><br>*Defendant* | ) Case No. 13-71405-MAG<br>)<br>) Charging District: District of Columbia<br>) Charging District's Case No. 2013 CMD 005828 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Superior Court of the District of Columbia<br>500 Indiana Ave., NW<br>Washington, DC 20001 | Courtroom No.: C-10, Hon. Karen Howze |
|---|---|---|
| | | Date and Time: 12/18/13 @ 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Nov 13, 2013

*Judge's signature*

Kandis A. Westmore, US Magistrate Judge
*Printed name and title*